IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-40353
Conference Calendar
_____


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ERIC WAYNE WILLIAMS,

Defendant-Appellant.


- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:95-CR-56
- - - - - - - - - -
December 11, 1996

Before WIENER, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Eric Wayne Williams appeals his guilty plea conviction for being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g). He contends that the district court abused its discretion in denying his motion to withdraw his guilty plea. We have reviewed the record and the briefs of the parties and hold that the district court did not abuse its discretion in denying Williams's motion. Williams failed to establish a fair and just

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

reason for the withdrawal.  *United States v. Carr*, 740 F.2d 339 (5th Cir. 1984).

AFFIRMED.